APPEARA...
DISTRICT COURT   15CV10345                                    IS
                 JUDGE DER-YEGHIAYAN
                 MAG. JUDGE SCHENKIER

Information entered on this form ...                          rt as a pro se
party (that is, without an attorney,

NAME:              John L. Steele Jr.
                   (Please print)

STREET ADDRESS:    1813 S. 14

CITY/STATE/ZIP:    Broadview ILL. 60155

PHONE NUMBER:      708-244-2570        **FILED**
                                       11-16-15
                                       NOV 16, 2015

CASE NUMBER:       _____

                                       THOMAS G. BRUTON
                                       CLERK, U.S. DISTRICT COURT

_John L Steele jr_____              __11-16-15__
        Signature                            Date

**REQUEST TO RECEIVE NOTICE THROUGH E-MAIL**

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

_____
     E-Mail Address
  (Please Print Clearly)

Updated 03/26/14