IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| John L. Steele, Jr. | ) | Case No: 15 C 10345 |
| v. | ) | |
| | ) | Judge Samuel Der-Yeghiayan |
| Chiquita Fresh Express | ) | |

## ORDER

The instant action is dismissed. Civil case terminated. All pending motions[4][5] are stricken as moot.

## STATEMENT

This matter is before the court on Plaintiff John L. Steele, Jr.'s (Steele) motion for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e)(2), "[n]otwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action . . . fails to state a claim on which relief may be granted. . . ." *Id.* Since Steele is proceeding *pro se*, the court has liberally construed his complaint.

Steele indicates that he is bringing claims pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and 42 U.S.C. § 1981. Steele has checked some conclusory boxes on his complaint form, indicating that Defendant failed to reasonably accommodate his disabilities, that Defendant failed to stop harassment, and that Defendant retaliated against Steele. However, Steele provides no facts in his complaint or attached exhibits that provide any details to support such vague assertions. Steele merely requests that the court order Defendant to "stop discriminating against plaintiff." (Compl. 5). Steele must offer more than conclusory statements and legal jargon to state a valid claim. Steele has failed to allege sufficient facts to plausibly suggest a valid federal claim. Therefore, the instant action is dismissed. All pending motions are stricken as moot.

Date: 11/24/15

Samuel Der-Yeghiayan
United States District Court Judge