

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

**RECEIVED**

DEC 16 2015

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

_John L. Steele Jr._

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _15-10345_
(To be supplied by the Clerk of this Court)

_Chiquita / Fresh Express_

_____

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**            **AMENDED COMPLAINT**

_____        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I.    **Plaintiff(s):**

A.    Name: _John   L. Steele Jr._

B.    List all aliases: _N/A_

C.    Prisoner identification number: _____

D.    Place of present confinement: _____

E.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Chiquita / Fresh Express_

Title: _____

Place of Employment: _1107  W. Lake  Streamwood Ill._

B.    Defendant: _____

Title: _____

Place of Employment: _____

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Steele vs DR. pEppeR/7up 03c 2659_

B. Approximate date of filing lawsuit: _01 - -01 - 2001_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _N/A_

D. List all defendants: _DR- PeppeR / 7-up bottling compAny_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District court._

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _RAciAl DiscRimAtion. wRongFul TeRminAtion_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Out OF court Settlement_

I. Approximate date of disposition: _12-29-2004_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Steele vs. Fruendburg prod._
   _13C 7254_

B. Approximate date of filing lawsuit: _04-04-2009_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D. List all defendants: _Fruenden household product_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District Court_

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _Workman comp._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Out of court Settlement_

I. Approximate date of disposition: _02-21-2014_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Chiquita / Fresh Express_
   _15c 10345_

B. Approximate date of filing lawsuit: _04 – 01 – 2015_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_
   _____
   _____
   _____

D. List all defendants: _Chiquita / Fresh Express_
   _____
   _____
   _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District court_

F. Name of judge to whom case was assigned: _____
   _____

G. Basic claim made: _Racial discrimination, disability, And Retaliation_
   _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending_
   _____
   _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Kelvin Loew Refuse to give me a sit-down Forklift After I explain to him. I had a doctor medical note (Exhibit-A) in return Kelvin Allowed the Mexica to operate - sit-down Forklifts Even After I complain of my doctor statement AND Joint disease in my Left knee.

Roberto Ayala also discriminated against me by Forcing me off of a sit down Fork-Lift and letting Mexican Employee drive a sit-down Even when he knew I had a medical Statement (Exhibit A.)

After complaining about my knee AND standing For so long. Blair Taylor AND kevlin Lowe said I must be on drugs on Alcohol AND sent me For A Drug AND Alcohol test (Exhibit B)

Revised 9/2007

which I pass And they admitted that my co-workers said I smell of Alcohol which both co-workers denied (Exhibit-C)

Finally after I filed a complaint with the E.E.O.C. I was finally given a sit-down forklift and Susana from Human Resource update me and interview me Exhibit D and ask me was I finally happy

Revised 9/2007

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensate John For humiliation, Emotional Stress pain and Suffering.

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _16_ day of _Dec._, 20 _15_

_John L. Steele Jr._
(Signature of plaintiff or plaintiffs)

_John L. Steele Jr._
(Print name)

_____
(I.D. Number)

_____

_1813 S. 14-1E Broadview ILL_
(Address)

Revised 9/2007



Rush Oak Park Physician    oup
Center for Diabetes
and Endocrine Care
520 S. Maple Ave., 3rd Floor East
Oak Park, IL 60304-1097

Tel: 708.660.5900
Fax: 708.660.2210
www.roph.org



April 16, 2014

RE: John Steele (DOB: 2/4/1959)

To Whom It May Concern:

Mr John Steele is my patient. He has degenerative joint disease in the left knee. Because of this, it is very difficult for him to step up and down on the stand-up forklift. Therefore, it is my recommendation that he use a sit-down forklift. He should sit for 1 hour, and then can stand for a half hour before having to sit down again. This is permanent pending an evaluation by orthopedic surgery.

Please feel free to contact me at 708-660-5900 if you have any questions.

Sincerely,

Cathie A Gantner-Overmyer, MD

cc:    No Providers

Judy Carter, M.D.
Endocrinology
Internal Medicine

Jennifer
Cunningham, M.D.
Medical Director
Endocrinology
Internal Medicine

Cathie
Gantner-Overmyer, M.D.
Internal Medicine

Rim Joubran, M.D.
Endocrinology
Internal Medicine

Vanessa Klugman,
M.D.
Endocrinology
Internal Medicine

Sch

health care, education and research enterprise comprising Rush University Medical Center
Oak Park Hospital and Rush Health.

9-11-2014  Today is Thursday Sept 11-2014 As of today I am going to start Keeping a diary of the harrasement that is going on between me and Management.

9-18-2014  Both supervisor are standing on the Line watching Everything I do. they are here for 45 minuets then they see me start writing and both supervisor walk away.

9-20-2014  As soon as I hit the floor I see the ~~Tomato~~ onion side back up 22 pallet's on floor I was told by Roberto to go to tomato side when I get over there it is 75 pallets on floor. what a day this is going to be. Roberto come back on the floor at 9:25 a.m and whisper something in Juan Ear and look at me and walk off. it is 10 am Juan Just inform me he is going on break James left at 9:30 going of break so that leave me on the floor by myself

I have both supervisor on the floor standing tching Everything I do.

11-4-14    on tuesday Nov 4. at 8:15 am Roberto came
up to me as I was Rotating and said you suppo.
To be off today. I told him you and kelvin new
get back to me and let me know if my
vacation day was Approve. his Response was.
Why is it that Every time I come after u. I
Loose. I go to Blair and tell her what Robert
said and her Responce is I will check into it a
It was left at that

11-28-14   Kelvin came up to me at 4:10 pm ask what time
am I Leaving? I said In 5 min. his Response was
what u mean in 5 min. I said Excuse me I nee
to put this pallet away and preceded to go backwa
on my Jeep. his feet was under my wheel so I
stop and said Excuse me. he said you almost Ran
over my feet. I said kelvin can you move your
feet so I can put this last pallet away and go home
he still didn't move his feet so I Shut the Jeep
off and got off the Jeep and walk around to where
he stood and said Kelvin NOW what do u want to
Talk about.

12-19-14.   I have a medical issue for my knee so I have to have a sit-down Jeep. None was available so I told Roberto that if I stand for an hour then I would have to sit for six hour. Roberto response was to do that and go in the cafeteria for an hour. So I said ok but I left his office and went to see the manager (Blair) and told her what he said she said do you have your medical paper on you I said yes. And gave it to her. She said I can't have you in the cafeteria for 1 hour at a time cause that's stealing time. She gave me a Jeep for that day

1-22-15   I was reprimanded for not voicing all-day I explain to management that I was working the dock and didn't have time to voice their response was all B driver have to voice and put away.

1-24-15   On Sat I was on the floor doing my Job when an employee was in my way and I said excuse me his response was fuck you nigger do your Job

My Response was what did you say? he said
It again Fuck you nigger do you Job so I went
and got a supervisor and told her then I saw
my union steward and told him I went back
To work and let management handle it

1-26-15     As soon as I hit the Floor at 8 a.m. Mike
handed me a production sheet. then he started
Rotating at 8:30 am a truck came in and and
mike stop what he was doing and went to the dock
About 9 am some contractor came in to work
on the Racks Mike stood over there watching
them For 60 mins then he went back to Rotat
he never voice one pallet For the whole Day
until he went into to tunnel to clear it out
I went to the union and told them that I got
wrote up For the same thing mike is doing today
kelvin told will that they are watching Mike and how
do I know what his Job description is will told
him that I do the same thing that mike does and
that is what I got wrote up For

1-27-15  As soon as I started today I notice Kelvin on the floor with mike Talking to him. 5 min later mike was voicing in for about 3 hrs. Then Kelvin up to me and said that as of monday Everyone is going to have to be on a stand-up. I reminder him of my condition and told him that as long as Everyone on 1st and 2nd shift follow the rule I have no problem. when the union came in I Explain to him what was said and he Explain to me not to worry about it cause if they have one sit-down in the building it would have to go to me and the would also have to get all the 8 driver that don't know how to drive one and train them

2-2-2015  I started work at 8:am I grab my regular sit-down jeep and kelvin came on the floor at 8:30 am and said what are you doing on a sit-do. I suppose to be on a stand-up. my response was Jesus is not on a stand-up he said Don worry about Jesus. I said are u forcing me to get on a stand-up. he said yes I am and I said that's all I want to know. So I

So I go and get a stand-up. Jesus is still on a sit-down so I ask him why are you not on a stand-up. his Responce was I don't know how to drive one. So around 2pm, kelvin come to me and says Human Resourse cannot find my paperwork on my disability. when 2nd shift come in all of them jump on a sit-down.

2-3-15    As soon as I get to work I see Everyone Else on a sit-down I I grab one because of my knee. Kelvin came in at 9:30am and said what are you doing on a sit-down. I said my knee is in pain And Everyone Else is on one his responce was don't worry about Anybody Else so I go and get a stand-up and 1 hour later Kelvin com to me and said human resourse want to see my doctor statement then she (Luppe) tell me that I have to get an updated one And until then they will let me use a sit-down— but on the 1st of the month Everybody has to be on a stand-up

2-11-15 On or about Feb 11. an Employee nam.
Fernaldo was told by Darius an assitan.
supervisor to perform a certain task fernal
told darius he was'nt doing notting and Dar.
wrote him up. it went to human Resource
and they gave him a 1 day suspension for
insubornation

On Feb 23 2015 I was told by kevin that no more sit-down forklift was allowed on shipping side of building on 2-28-15 I took off for FMLA because of my knee on that day Roberto brought 2 drivers over to shipping Jesus and another driver to work as sit down drivers for 9 hrs that was on 1st shift then on 2nd shift Roberto had Angel come over and drive a sit down and Ramone also came over that night and help.

On March 7. 2015 was a Saturday and I dont start until 9. am so when I get to work I grab a stand-up and proceed onto floor. I see Jesus and 2 other drivers on sit-down moving products. I stop my jeep and go look for Robe who is the supervisor. he is in the cafeteria so I walk up and said Roberto I need to talk to you then I notice the union steward will sitting there so I goes over to him and said will I have a problem I explain to him of all the sit-down on the floor on shipping side of building so will tell me to get a sit down and he will be out there in a minuet. So Roberto come onto the floor

3-10-15    New driver name Ross started Today
And he did not voice all-day long along
along with Mike.

3-14-15    Today is Saturday I Started work
at 9 A.M. it is chaos on The floor
Roberto is the only supervisor and he
have 4 sit down drivers on shipping side
of building and Everything is a mess

3-16-15    Roberto the supervisor was on a sit-
down Jeep Today putting away product but
there is no sit-down allowed on shipping side

3-17-15    Melvin hurt his back today and human
Resourse Sent him home. and Roberto went and
got Jesus and brough him over to him help me



## CONSENT TO SUBMIT TO DRUG AND/OR ALCOHOL TESTING
*CONSENTIMIENTO PARA SER SOMETIDO A LA PRUEBA DE LA DROGA Y/O DEL ALCOHOL*

I acknowledge that I have been requested to submit to a Urine Drug/Alcohol Screen and/or a Blood Drug/Alcohol Screen for a reason listed under the Chiquita's Alcohol and Drugs policy.

Please initial your selection:

_____ I consent to submit to drug and/or alcohol testing
- I understand that I am under disciplinary suspension while waiting for test results.
- I further understand the test results may be released to Fresh Express, and the results may be used as grounds of employment separation.
- With full knowledge of the foregoing I hereby agree to submit to drug and/or alcohol testing at Fresh Express selected medical clinic(s) and/ or laboratories

_____ I refuse to submit to drug and/or alcohol testing
- I understand that my refusal to submit to a drug and/or alcohol test will result in the rebuttal presumption on behalf of Fresh Express that I am under the influence and have refused submitting to the testing.
- I understand that if I refused to submit to a drug and/or alcohol test, I will be terminated.
- With full knowledge of the foregoing, I refused to submit to drug and/ or alcohol testing.

| | | |
|---|---|---|
| _Employee Signature_ | John Steele _Print_ | 3-24-15 _Date_ |
| _Supervisor/ Mgr Signature_ | Blair Taylor / Kevin Lowe _Print_ | 3-24-15 / 3-24-15 _Date_ |
| _HR Signature_ | Susana Aleman _Print_ | 3-24-15 _Date_ |
| _Witness-Signature_ | AJoseph Dorsey _Witness Name-Please Print_ | 3-24-15 _Date_ |

Page 3 of 4

## CONSENT TO TRANSPORTATION TO DRUG AND/OR ALCOHOL TESTING

I acknowledge that I have been requested to submit to a Urine Drug/Alcohol Screen and/or a Blood Drug/Alcohol Screen. I acknowledge that I have been informed that I will be transported to a drug and alcohol testing facility by cab or other Company-provided transportation.

Please initial your selection:

_____ I consent to transportation to a drug and alcohol testing facility.

_____ I refuse to be transported to a drug and alcohol testing facility. I understand that refusal to be transported will result in the termination of my employment.

| | | |
|---|---|---|
| _(signature)_ | John Stage | 3-24-15 |
| Employee Signature | Print | Date |
| _(signature)_ | Kevin Lowe | 3-24-15 |
| _(signature)_ | Blair Taylor | 3-24-15 |
| Supervisor/ Mgr Signature | Print | Date |
| _(signature)_ Aleman | Susana Aleman | 3-24-15 |
| HR Signature | Print | Date |
| _(signature)_ | A Joseph Dorsey | 3-24-15 |
| Witness-Signature | Witness Name-Please Print | Date |



4679260543

**epass DRUG TESTING CUSTODY AND CONTROL FORM** 

**Alere**
1111 Newton St., Gretna, LA 70053
450 Southlake Blvd., Richmond, VA 23236
Phone: 800.433.3823 | Fax: 504.361.8298

**escreen.**

**Specimen ID** **E2485721**

**STEP 1: TO BE COMPLETED by Employer/Client Representative**   Date Sent: __/__/__   Time Sent: __:__ □A □P

**A. Employer/Client Name, Address, Phone, & Fax:**
FRESH EXPRESS-ILLINOIS-FRANKLI
3205 E LAKE ST
STREAMWOOD, IL 60107
833-784-8817  815-964-2003

**Client Sub Account Number**
E10244027

**B. MRO Name, Address, Phone, & Fax:**
DR. STEPHEN KRACHT
7500 W. 110TH ST, STE 400A
PO BOX 25903
OVERLAND PARK, KS  66225
855-365-7058  913-498-5036

**C. Name/ID:** FIRST JOHN  LAST STEELE
PRINT ALL IN CAPS for Donor Name (Last Name, First Name MI); leave space between names/ID/Auxiliary Data.

**D. Donor SSN or Other ID No.:** 320 58 8293

**E. Daytime Phone No.:** (708) 244 - 2570

**F. Evening Phone No.:** (___) ___ - ____

**G. Reason for Test:** ☒ Pre-Employment  □ Post Accident  ☑ Reasonable Suspicion  □ Promotion  □ Periodic  □ Random  □ Other

**H. Panel:** Select a test panel from the list below. If you do not indicate a panel, the dominant panel on file for the client facility listed above will be used.
□ 1: 1200 (SOP5)  □ 2: _____  □ 3: _____  □ 4: _____  □ 5: _____  □ Other: _____ (write in panel number)

**Important Information**
At the clinic, donor MUST present photo ID (driver's license, passport, military ID). Failure to comply with testing requirements may result in ineligibility and/or disciplinary action. Please review your company policy for additional requirements or restrictions.

**STEP 2: TO BE COMPLETED by Donor**
**Donor Certification and Consent:** I certify that I provided my specimen to the collector; that I have not adulterated it in any manner; that the container used was sealed with tamper-evident tape in my presence; and that the information provided on this form corresponding with the label affixed to the specimen container is correct. I hereby authorize the collector and testing service or laboratory (specifically including, but not limited to eScreen Inc. and Alere Toxicology) to release the results of the test to the Employer/Client or their Designee.
X _Signature_   **Signature of Donor**   5-24-15   **Date (Mo./Day/Yr)**

**STEP 3: TO BE COMPLETED by Collector and Donor** - Collector affixes bottle seals(s) to bottle(s). Collector dates seal(s). Donor initials seal(s).

**STEP 4: TO BE COMPLETED by Collector** - Within 4 minutes, read temperature of specimen.
**Within range?** ☑ Yes 90°-100°F / 32°-38°C  □ No  □ Below 90°F / 32°C  □ Above 100°F / 38°C
**Refusal to Test** (forward CCF to lab) □
**Specimen Type:** □ Negative  ☑ Send to Lab

**Remarks:**

**Collection Site Name & Address:**
ALEXIAN BROTHERS MEDICAL GROUP
3815 E LAKE ST
STE 100
HANOVER PARK, IL  60133

**Collector Phone No.:** (Enter here if not printed below) (___) ___ - ____
847-478-1500

**Collection Site ID** 44420

**Date Collected (Mo./Day/Yr.):** 03/24/15
**Time Collected:** 17:38 □ AM ☒ PM

**Collector Certification:** I certify that the specimen identified on this form was given to me by the donor named at the top of this form and that it was collected, sealed, and prepared for transport to the laboratory.
X _Benedetta Schaeve_   **Signature of Collector**
**Collector Name:** (First Name MI Last Name) BENEDETTA  SCHAEVE

**STEP 5: TO BE COMPLETED by Lab**
**RECEIVED AT LAB:** X ____

**Signature of Accessioner**   **PRINT Accessioner Name (First MI Last)**

**LAB NUMBER**

**Primary Specimen Seal Intact?** □ Yes  □ No, Enter Remark
**Specimen(s) Released to:** **TEMPORARY STORAGE**
**Date (Mo/Dy/Yr):** ____

**Remarks:**

COPY 5 - DONOR

# Alcohol Testing Form (Non-DOT)

*(The instructions for comple~~~~ this form are on the back of Copy 3)*

## STEP 1: TO BE COMPLETED BY ALCOHOL TECHNICIAN

**A: Employee Name** *JOHN STEELE*
(Print)   (First, M.I., Last)

**B: SSN or Employee ID No.** *320 58 8293*

**C: Employer Name** *Chiquita Brands*

**Street** *1109 E Lake Street*

*Streamwood IL 60107*

**City, State, ZIP**
**DER Name and**
**Telephone No.** *Aseen Akmad 224-279 7762*

DER Name        DER (Area Code & Phone Number)

**D: Reason for Test:** ☐ Random ☒ Reasonable Susp. ☐ Post-Accident ☐ Return to Duty ☐ Follow-up ☐ Pre-employment

## STEP 2: TO BE COMPLETED BY EMPLOYEE

I certify that I am about to submit to alcohol testing and that the identifying information provided on the form is true and correct.

_____          *3-24-15*
Signature of Employee          Date   Month  /  Day  /  Year

## STEP 3: TO BE COMPLETED BY ALCOHOL TECHNICIAN

**(If the technician conducting the screening test is not the same technician who will be conducting the confirmation test, each technician must complete their own form.)** I certify that I have conducted alcohol testing on the above named individual, that I am qualified to operate the testing device(s) identified, and that the results are as recorded.

**TECHNICIAN:** ☒ BAT ☐ STT   **DEVICE:** ☐ SALIVA ☒ BREATH*   **15-Minute Wait:** ☐ Yes ☒ No

**SCREENING TEST:** *(For BREATH DEVICE* write in the space below only if the testing device is not designed to print.)*

| Test # | Testing Device Name | Device Serial # OR Lot # & Exp. Date | Activation Time | Reading Time | Result |
|--------|---------------------|--------------------------------------|-----------------|--------------|--------|
|        |                     |                                      |                 |              |        |

**CONFIRMATION TEST:** Results *MUST* be affixed to each copy of this form or printed directly onto the form.

**REMARKS:** _____

_____

_____

_____

**Alcohol Technician's Company**          **Company Street Address**
*RENE DETTA SCHAMM*          **ALEXIAN BROTHERS MEDICAL GROUP**
(PRINT) Alcohol Technician's Name (First, M.I., Last)          **1515 LAKE STREET, SUITE 100**
          **HANOVER PARK, IL 60133**
          Company City, State & ZIP
_____          **(847) 472-1500**
Signature of Alcohol Technician          Phone Number (Area Code & Number)
          *3 24 15*
          Date   Month  /  Day  /  Year

## STEP 4: TO BE COMPLETED BY EMPLOYEE IF TEST RESULT IS POSITIVE

I certify that I have submitted to the alcohol test, the results of which are accurately recorded on this form. I understand that I must not drive, perform safety-sensitive duties, or operate heavy equipment because the results are positive.

_____          _____
Signature of Employee          Date   Month  /  Day  /  Year

TAMPER

RBT IV# 023492
DATE 03-24-15
TEST NO. 0343
ID#
32058293
AS IV# 104159
SCREENING
G/210L   TIME
.000 /AUTO 17 32

**EVIDENT**

**SHERICE GALLOWAY - RE: Request for Information in the matter of John Steele v. Chiquita Fresh Express EEOC no.440-2015-03762**

| | |
|---|---|
| **From:** | "Glowacki, Megan" <Megan.Glowacki@thompsonhine.com> |
| **To:** | SHERICE GALLOWAY <SHERICE.GALLOWAY@EEOC.GOV> |
| **Date:** | 8/19/2015 4:31 PM |
| **Subject:** | RE: Request for Information in the matter of John Steele v. Chiquita Fresh Express EEOC no.440-2015-03762 |

Ms. Galloway,

To respond to your request for additional information, the attached spreadsheet lists all employees in the logistics department that were disciplined for not following standard operating procedures as it relates to "voice reporting" during the period of January 1, 2014 through January 31, 2015. In addition, Melvin Kyles and Aljoseph Dorsey are the two African American employees that alerted the Company that Mr. Steele smelled of alcohol.

Please let me know if you need any other additional information.

Megan

**From:** SHERICE GALLOWAY [mailto:SHERICE.GALLOWAY@EEOC.GOV]
**Sent:** Thursday, August 13, 2015 2:50 PM
**To:** Glowacki, Megan
**Subject:** Request for Information in the matter of John Steele v. Chiquita Fresh Express EEOC no.440-2015-03762

Good afternoon Attorney Glowacki,

The Equal Employment Opportunity Commission has determined that additional information from Respondent is necessary to its investigation into the allegations pertaining to the above referenced charge.

On or before August 21, 2015, provide the name and race of all employees (excluding Mr. Steele) that were disciplined for not following standard operating procedures as it relates to "voice reporting" during the period of January 1, 2014 through January 31, 2015. Also, provide the names of the two African American employees that alerted Respondent that Mr. Steele smelled of alcohol.

If you have any questions regarding this matter, I can also be reached at (312) 869-8132. Thank you.

Sincerely,
Sherice Galloway
EEOC Investigator

8/21/2015



**Investigation Interview**

Issue / *Asunto:* Helpline call
Date / *Fecha:* 5/1/15
Employee Name / *Nombre:* John Steele
Interviewer / *Entrevistador:* Susana Aleman

**Introduction / *Introducción***
The following was explained to the person being interviewed / *Los siguientes temas fueron explicados a la persona entrevistada*
1.  Complaint – *La presentación de la queja*
2.  Confidentiality – *Que nuestra conversación debe quedar totalmente confidencial*
3.  Our objective to resolve issue -- *Nuestro objetivo de resolver el asunto*
4.  Importance of eliminating any conflict in the workplace – *La importancia de eliminar cualquier conflicto o acoso en el lugar del trabajo*
5.  No retaliation policy- *No se tolera cualquier forma de represalias por haber participado en la investigación, ni represalias a personas que reportan problemas/quejas a la compañía*
6.  Company policy - *Knowingly presenting false accusations or information is considered a serious violation of company policy.*

**Questions / *Preguntas*:**

1.  **Have you been allowed to use a sit-down forklift in the finished goods area of the warehouse?**
    Yes I have been.

2.  **How long are you allowed to use a sit-down forklift per shift in the finished goods area of the warehouse?**
    I am allowed to use it during my entire shift.

3.  **Since what date have you been allowed to use a sit-down forklift in the finished goods area of the warehouse?**
    I started using a sit-down on 4/1/15. This was when raw material forklift drivers came over to the shipping side to help out on sit-down forklifts.

4.  **Do you have any other comments?**
    The issue that I initially called the helpline for has now been resolved. I am know being allowed to use a sit-down forklift like the other drivers.

---

| | |
|---|---|
| **Employee** | **Date** 5-1-15 |
| **Human Resources** | **Date** 5-1-15 |
| **Union Steward** | **Date** |